WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

ANGEL SOTO, )
)
    Plaintiff, )
)
v. )   CIV 05-0541 PHX SMM (MEA)
)
JOSEPH M. ARPAIO, GARCIA )   ORDER
DR. NOBLE, JOHN JULIAN, )
)
    Defendants. )
_____ )

    It appearing to the Court that Defendants' motion [Docket No. 68] to dismiss Count II of Plaintiff's third amended complaint at Docket No. 66, is now ready for the Court's consideration,

    **IT IS ORDERED that** the reference of this case to the magistrate judge is withdrawn as to Defendants' motion [Docket No. 68] to dismiss Count II of Plaintiff's third amended complaint at Docket No. 66.

    All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

    DATED this 25th day of September, 2006.

                                                                        Stephen M. McNamee
                                                         United States District Judge