WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANGEL SOTO, ) | |
| Plaintiff, ) | |
| v. ) | CIV 05-0541 PHX SMM (MEA) |
| JOSEPH M. ARPAIO, GARCIA ) | ORDER |
| DR. NOBLE, JOHN JULIAN, ) | |
| Defendants. ) | |

It appearing to the Court that Defendants' motion for summary judgment [Docket No. 78], is now ready for the Court's consideration,

**IT IS ORDERED that** the reference of this case to the magistrate judge is withdrawn as to Defendants' motion for summary judgment [Docket No. 78].

All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 8th day of January, 2007.

Stephen M. McNamee
United States District Judge