WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANGEL SOTO, ) | |
| Plaintiff, ) | |
| v. ) | CIV 05-0541 PHX SMM (MEA) |
| JOSEPH M. ARPAIO, GARCIA ) | ORDER |
| DR. NOBLE, JOHN JULIAN, ) | |
| Defendants. ) | |

Pending before the Court is Defendants' Motion for Leave to File a Second Motion for Summary Judgment. (Doc. No. 101) Good cause appearing,

**IT IS ORDERED that** Defendants' Motion for Leave to File a Second Motion for Summary Judgment(Doc. No. 101) is **GRANTED.**

IT IS FURTHERED ORDERED that the Clerk of Court shall filed the Lodged Second Motion for Summary Judgment. (Doc. No. 102).

All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 24th day of August, 2007.

Stephen M. McNamee
United States District Judge