**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Soto, | ) |
|     Plaintiff, | ) |
| v. | )  CIV 05-0541-PHX-SMM (MEA) |
| Joseph M. Arpaio, et al., | )  **ORDER** |
|     Defendants. | ) |

It appearing to the Court that Defendants' motion for summary judgment [Docket No. 106], is now ready for the Court's consideration,

**IT IS ORDERED** that the reference of this case to the magistrate judge is withdrawn as to Defendants' motion for summary judgment [Docket No. 106].

All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 3rd day of January, 2008.

_____
Stephen M. McNamee
United States District Judge